IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODERICK PRINCE,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 08-00092-CG-B** |
| **CITY OF SELMA, <u>et</u> <u>al</u>.,** | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is, therefore, **ORDERED** that the plaintiff's federal claims are hereby dismissed with prejudice, and this case is **REMANDED** to the Circuit Court of Dallas County, Alabama.

**DONE and ORDERED** this 13th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE